AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ARPANA AGRAWAL
18 S. Kingshighway, Apt. #10M
Saint Louis, MO 63108

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, and JONATHAN SCHARFEN, Deputy Director of the U.S. Citizenship and Immigration Services, and F. GERARD HEINAUER, Director of the USCIS Nebraska Service Center

CASE

Case: 1:08-cv-00724
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/28/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

F. GERARD HEINAUER, Director
Nebraska Service Center,
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
850 S. Street,
Lincoln, NE 68501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

APR 2 8 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | May 1, 2008 |
| NAME OF SERVER *(PRINT)* Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify):   Federal Express Delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/1/08
            Date

*Signature of Server*
Murthy Law Firm
10451 Mill Run Circle Suite 100
Owings Mills, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Debbie Meekins

From: TrackingUpdates@fedex.com
Sent: Thursday, May 01, 2008 10:24 AM
To: Debbie Meekins
Subject: FedEx Shipment 952639409555 Delivered

This tracking update has been requested by:

Company Name:           LAW OFFICE OF SHEELA MURTHY
Name:                   ATTORNEY -BRIAN GREEN
E-mail:                 BRIANG@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                  06-0768NS
Ship (P/U) date:            Apr 30, 2008
Delivery date:              May 1, 2008 9:17 AM
Sign for by:                R.PITCHER
Delivered to:               Mailroom
Service type:               FedEx Standard Overnight
Packaging type:             FedEx Pak
Number of pieces:           1
Weight:                     1.00 lb.
Special handling/Services:  Deliver Weekday

Tracking number:            952639409555

Shipper Information                 Recipient Information
ATTORNEY -BRIAN GREEN               F. GERARD HEINAUER
LAW OFFICE OF SHEELA MURTHY         NEBRASKA SERVICE CENTER
10451 MILL RUN CIRCLE;STE. 100      U.S DEPT HOMELAND
OWINGS MILLS                        SECURITY;USCIS- 850 S. STREET
MD                                  LINCOLN
US                                  NE
21117                               US
                                    68501

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:24 AM CDT
on 05/01/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

5/1/2008