UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARPANA AGRAWAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br>U.S. Department of Justice, *et al.*<br><br>Defendants. | Civil Action No. 08-0724 (RMC) |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants with prejudice, with each party to bear its own costs and fees.

Dated: June 25, 2008
    Washington, DC

Respectfully submitted,

 /s/
_____     _____
ARON A. FINKELSTEIN, D.C. BAR #25560    JEFFREY A. TAYLOR, D.C. BAR #498610
Murthy Law Firm                         United States Attorney
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440

                                        _____
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
*Attorney for Plaintiff*                Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*